814

No. 92–1791. HUMPHREYS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–1794. KEAULII v. SIMPSON. Sup. Ct. Haw. Certiorari denied.

No. 92–1795. RATTENNI ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1797. NADEAU v. BUDLONG. App. Ct. Conn. Certiorari denied.

No. 92–1803. CALIFORNIA STATE BOARD OF EQUALIZATION v. MCDONNELL DOUGLAS CORP. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–1804. BARCAL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–1807. GLOBAL DIVERS & CONTRACTORS, INC. v. LEEVAC CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1808. WHITMER ET UX. v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1813. FHP, INC. v. SOLORZANO ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–1814. HILL v. PITT-OHIO EXPRESS, INC. C. A. 4th Cir. Certiorari denied.

No. 92–1817. MILES, INC. v. SONDERGARD. C. A. 8th Cir. Certiorari denied.

No. 92–1818. NICHOLS ET VIR v. TUBB ET AL. Sup. Ct. Miss. Certiorari denied.

No. 92–1819. EDMONDS, A MINOR, BY JAMES, MOTHER AND NATURAL GUARDIAN, ET AL. v. WESTERN PENNSYLVANIA HOSPITAL ET AL. Super. Ct. Pa. Certiorari denied.